GEORGE G. WAGNER, Respondent, v. ROBERT DASEY ASSOCIATES, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

JOSEPH LISS, etc., Appellant, v. IKE SOHN, etc., Respondent.— Application denied, with ten dollars costs.

## SECOND DEPARTMENT, SEPTEMBER, 1931.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of PAUL KAHAN, an Attorney and Counselor at Law.— Respondent loaned his clients' moneys on bonds secured by mortgages on property already incumbered with liens without informing the clients of such conditions. He is, therefore, censured notwithstanding the fact that there has been no loss. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

FREDERICK M. BEER and BENJAMIN F. ROBINSON, Appellants, v. ALBERT DECKER and Others, Respondents.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event. The question of whether or not there was a contract and a breach thereof should have been submitted to the jury to determine the disputed facts. The element of damages, although impossible to estimate to a certainty, was not so speculative as a matter of law as to require a dismissal of the complaint. A jury, under proper instructions from the trial court as to the rule of damages, should determine the award if they find a contract was made and breached. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

CZESLAWA BUDNA, Appellant, v. CZESLAWA KOWALSKA, Respondent, and Others, Defendants.— Judgment dismissing complaint as against defendant Czeslawa Kowalska reversed upon the law and the facts and a new trial granted, costs to abide the event. We think a new trial is required in the interests of justice. The findings of fact contained in the so-called conclusion of law numbered third are reversed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.